UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09
```

ABC MARKETING, INC.,

Plaintiff,

-v-

ROYAL CAPITAL MANAGEMENT, INC.,

Defendant.

No. 09 Civ. 1204 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from the Third-Party Defendant in this action, dated August 4, 2009, "request[ing] clarification as to whether the June 17, 2009 [Case Management] Plan and [Scheduling] Order applies to the third-party action."

It is HEREBY ORDERED that the June 17, 2009 Case Management Plan and Scheduling Order applies to this entire matter, including the third-party action. If the Parties believe that an extension of the dates provided in the June 17, 2009 Case Management Plan is required in light the initiation of the third-party action, the Parties shall submit a joint letter explaining the need for any proposed extensions, and shall also furnish the Court with a jointly-prepared proposed Amended Case Management Plan and Scheduling Order. Both the joint letter and the Amended Case Management Plan and Scheduling Order shall be *received* no later than Friday, August 14, 2009, and should be sent directly to chambers at sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:   August 7, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE